UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAPREET SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>    Respondent. | Case No. 2:20-CV-01291-AB-JDE<br><br>ORDER DIRECTING RESPONSE BY PETITIONER |

On February 10, 2020, Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. 1, "Petition"). On February 18, 2020, the Court directed that Respondents respond to the Petition, either by a Motion to Dismiss within 30 days, that is, by March 19, 2020, or by an Answer within 45 days, that is, by April 3, 2020. Dkt. 6.

In the Petition, Petitioner states that he "filed a petition for writ of habeas corpus with this Court on August 18, 2019, which was dismissed on August 26, 2019," citing <u>Harpreet Singh v. U.S. Dept. of Homeland Security</u>, Case No. 5:19-cv-01545-AB-JDE (C.D. Cal.) ("Prior Action"). The docket for the prior action confirms that Petitioner filed a Prior Action, seeking the same

or substantially the same relief, and the action was dismissed on August 26, 2019. Prior Action, Dkt. 1, 5. The docket for the Prior Action also reflects that on March 2, 2020, the United States Court of Appeals for the Ninth Circuit issued an order stating that Petitioner filed a "Petition for Review" in the Ninth Circuit on September 19, 2019, which the Ninth Circuit has construed as a notice of appeal deemed filed as of September 19, 2020. Id., Dkt. 6.

The Court directs counsel for Petitioner to show cause in writing by March 13, 2020 why this action should continue to proceed in this Court at the same time Petitioner seeks review by the Ninth Circuit of the dismissal of the Prior Action, which appears to have involved substantially the same parties, allegations, and requested relief. Petitioner may alternatively comply with this Order by filing a Notice of Voluntary Dismissal of this action within 7 days.

DATED: March 05, 2020

_____
JOHN D. EARLY
United States Magistrate Judge